

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00102-CV

---

Irene Bacos (in rem only), Appellant

v.

FNA 2019-1, LLC and The City of El Paso, Appellees

---

On Appeal from the County Court at Law No 6
El Paso County, Texas
Trial Court No. 2025DTX0092

---

## MEMORANDUM OPINION

Appellant, Irene Bacos, timely appealed from the trial court's judgment on February 27, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code Ann. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases

in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On March 3, 2026, the Clerk of this Court notified Bacos that this appeal could be dismissed if she failed to pay the filing fees by March 13, 2026. The Clerk further notified Bacos that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Bacos neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

March 20, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.